RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Salvador Lopez-Pulido

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SALVADOR LOPEZ-PULIDO,<br><br>        Defendant. | Case No. 2:19-cr-168-RFB-VCF<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Salvador Lopez-Pulido, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including September 9, 2019, within which to file the Defendant's pretrial motions currently due August 9, 2019.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 23, 2019, to file any and all responsive pleadings, currently due August 23, 2019.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 30, 2019, to file any and all replies to dispositive motions, currently due August 30, 2019.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to review discovery and consider pretrial motions.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 7th day of August, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Katherine Tanaka*<br>By_____<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SALVADOR LOPEZ-PULIDO,<br><br>    Defendant. | Case No. 2:19-cr-168-RFB-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to review discovery and consider pretrial motions.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including September 9, 2019, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 23, 2019 to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including September 30, 2019 to file any and all replies to dispositive motions.

DATED this <u>8th</u> day of August, 2019.

                                                        RICHARD F. BOULWARE, II
                                                        UNITED STATES DISTRICT JUDGE