NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-168-RFB-VCF |
| Plaintiff, | **Motion to Dismiss the Indictment Without Prejudice** |
| v. | |
| SALVADOR LOPEZ-PULIDO, | |
| Defendant. | |

The Indictment in this case charges Defendant Salvador Lopez-Pulido with *Deported Alien Found in the United States*, in violation of 8 U.S.C. § 1326. On August 29, 2019, the Court ordered Lopez released under the Bail Reform Act and he was transferred into the custody of U.S. Immigration and Customs Enforcement, which removed him from the country on September 10, 2019. Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice.

Respectfully submitted this 3rd day of October, 2019.

                                      NICHOLAS A. TRUTANICH
                                      United States Attorney

                                      *s/* Jared L. Grimmer
                                      JARED L. GRIMMER
                                      Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-168-RFB-VCF |
| Plaintiff, | [~~Proposed~~] **Order Granting Motion to Dismiss the Indictment Without Prejudice** |
| v. | |
| SALVADOR LOPEZ-PULIDO, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Salvador Lopez-Pulido.

NICHOLAS A. TRUTANICH
United States Attorney

*s/* Jared L. Grimmer
JARED L. GRIMMER
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __4th__ day of __October__, 2019.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that on October 3, 2019, I electronically served on Counsel of Record the foregoing Motion to Dismiss the Indictment Without Prejudice as to Defendant Garcia by filing it with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

*s/* Jared L. Grimmer
JARED L. GRIMMER
Assistant United States Attorney
